## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  September 24, 2015                519873
_____

In the Matter of QUASHON
    MILLER,
                        Petitioner,

        v
                                          MEMORANDUM AND JUDGMENT
ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.
_____

Calendar Date:  August 10, 2015

Before:  Lahtinen, J.P., Egan Jr., Rose and Lynch, JJ.

_____

        Quashon Miller, Attica, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of respondent which found petitioner
guilty of violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        Lahtinen, J.P., Egan Jr., Rose and Lynch, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court